JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKSTONE EQUIPMENT FINANCING, L.P., fka BLACKSTONE CAPITAL PARNTERS, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>MAIETTA FOUNDATIONS, INC., a Maine corporation, et al.,<br><br>Defendants. | Case No. SACV 11-00046 JST (RNBx)<br><br>Hon. Josephine Staton Tucker<br>Courtroom "10A"<br><br>[~~PROPOSED~~]<br>**ORDER DISMISSING ACTION** |

Upon review of the Stipulation signed by counsel,

**IT IS HEREBY ORDERED** that the within action be dismissed, in its entirety.

DATED: July  21 , 2011

By: JOSEPHINE STATON TUCKER
_____
Hon. Josephine Staton Tucker,
United States District Court Judge